**Affidavit in Support of Criminal Complaint**
**For Darwin MARTINEZ-FIGUEROA**

Your Affiant, Special Agent Madeline Fitzmorris, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

1. I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since March 2022 and I am presently assigned to the Office of the Assistant Special Agent in Charge, Louisville, Kentucky. My duties include the investigation of various violations of federal criminal laws. I have attended the Federal Law Enforcement Training Center (FLETC) where training was conducted pertaining to these types of investigations. Prior to my experience at FLETC, I graduated from the University of Arizona, where I received a Bachelor of Science degree in Criminal Justice Studies.

2. I am a law enforcement officer of the United States within the meaning of Section 115(c)(1) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code 1326.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in the affidavit are related in substance and in part only.

4. On March 11, 2025, I received information from Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) that they encountered and administratively arrested Darwin MARTINEZ-FIGUEROA in Jefferson County, Kentucky.

5. I reviewed Department of Homeland Security (DHS) immigration databases, which confirmed MARTINEZ-FIGUEROA is a Mexican citizen previously removed from the United

States. MARTINEZ-FIGUEROA was assigned alien registration number 206 457 061 in 2014, and his biometric data was a positive match for the following immigration history:

On May 15, 2014, U.S Border Patrol (USBP) agents arrested MARTINEZ-FIGUEROA for illegally entering the United States near Cowlic, Arizona and served him an Order of Expedited Removal, Form I-860. On May 17, 2014, USBP removed MARTINEZ-FIGUEROA to Mexico.

On March 8, 2018, ERO Chicago officers arrested MARTINEZ-FIGUEROA upon his release from the Louisville Metro Department of Corrections and served him with a Reinstatement of Prior Removal Order, Form I-871. On April 11, 2018, ERO removed MARTINEZ-FIGUEROA to Mexico.

6. DHS databases checks confirm MARTINEZ-FIGUEROA was a positive match for the following criminal history:

On March 29, 2024, the Louisville Metro Police Department arrested MARTINEZ-FIGUEROA for Operating a Motor Vehicle Under the Influence of Alcohol. On 01/21/2025, the Jefferson District Court sentenced MARTINEZ-FIGUEROA to 30 days incarceration. Jefferson County KY case # 24-T-10016.

On March 7, 2021, the Oldham County Sheriff Department arrested MARTINEZ-FIGUEROA for Operating a Motor Vehicle Under the Influence of Alcohol. MARTINEZ-FIGUEROA was transported to the hospital due to rolling his vehicle and was cited and released. On June 2, 2021, the Oldham District Court sentenced Martinez to a fine. Case # 21-T-872.

On November 27, 2009, the Jeffersontown Police Department arrested MARTINEZ-FIGUEROA for Wanton Endangerment 2nd Degree, Fleeing or Evading Police (Motor Vehicle), Reckless Driving, and other minor traffic violations. On December 8, 2009, the Jefferson District Court convicted MARTINEZ-FIGUEROA of Wanton Endangerment 2nd Degree and sentenced to 190 days; and no Operators License and sentenced to 90 days. Case # 9-M-28603.

7. A review of electronic immigration records show MARTINEZ-FIGUEROA has not received permission from the Attorney General of the United States or the Secretary of Homeland

Security to re-enter the United States following his previous removals and he is currently present in the United States without admission or parole after being previously removed.

8. Based on the above information, your affiant believes that MARTINEZ-FIGUEROA is an alien who has been found in the United States in Jefferson County in the Western District of KY, in violation of Title 8 of the United States Code, Sec. 1326(a) to wit: unlawful re-entry of an alien previously removed or deported from the United States.

                  s/Madeline Fitzmorris
                  Madeline Fitzmorris
                  Special Agent
                  Homeland Security Investigations
                  Louisville, Kentucky

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephonic and email submission on this the 11th day of March 2025.

                  REGINA S. EDWARDS
                  United States Magistrate Judge